**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00716-CR

_____

### IN RE REGGIE KILLINGS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Reggie Killings, incarcerated and proceeding pro se, filed a petition for a writ of mandamus stating that "because of the said detainer filed against him," the Texas Department of Criminal Justice has "denied [relator] certain privileges and opportunities that are available to other inmates without a detainer logged against them." The mandamus petition further alleged that relator "filed a motion to dismiss or be given time served," but that "the clerk refuse[d] to either file the motion or the [trial] court refuse[d] to answer." Relator's petition requested that the "detainer

either be dismissed," that he be given "time served," or for the trial court to "hold a hearing either through video or teleconference Zoom."

Our review of relator's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3, 52.7. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).